UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **21-2235**

Davis v. Attorney General

To:  Clerk

1) Petitioner's Motions for Bail Pending Review and Appointment of Counsel, received on March 20, 2024

_____

     The foregoing motions have been placed on this Court's docket but no further action will be taken on them. They appear to be copies of the motions that were already denied by the Court on February 29, 2024. On that date, the Court also issued its opinion and judgment. If the petitioner disagrees with that decision, he may file a petition for rehearing in accordance with Federal Rules of Appellate Procedure 35 and 40.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated:  April 5, 2024
JK/cc: Damion Glenroy Vando Davis
All Counsel of Record