UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2235

DAMION GLENROY VANDO DAVIS,
Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

(Agency No. A042-256-487)

Present: MONTGOMERY-REEVES, Circuit Judge

1. Motion filed by Petitioner Damion Glenroy Vando Davis for Extension of Time to File Petition for Rehearing.

          Respectfully,
          Clerk/JK

_____ORDER_____

The foregoing motion for extension of time to file petition for rehearing for 14 days is GRANTED.

          By the Court,

          s/ Tamika R. Montgomery-Reeves
          Circuit Judge

Dated: May 3, 2024
JK/cc: Damion Glenroy Vando Davis
      All Counsel of Record