UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2235

DAMION GLENROY VANDO DAVIS,
Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

(Agency No. A042-256-487)

Present: MONTGOMERY-REEVES, Circuit Judge

1. Motion filed by Petitioner Damion Glenroy Vando Davis to File Exhibits to Petition for Rehearing, for Leave to Amend Petition for Panel Rehearing

        Respectfully,
        Clerk/JK

_____ORDER_____
The foregoing motion to file exhibits to petition for rehearing to further explain the "law of the Jamaican Courts and the Appeal Court of England" is GRANTED.

        By the Court,

        s/ Tamika R. Montgomery-Reeves
        Circuit Judge

Dated:  May 3, 2024
JK/cc: Damion Glenroy Vando Davis
      All Counsel of Record